# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK DIVISION

| | |
|---|---|
| PENN, LLC, d/b/a PULSETV.COM,<br><br>Plaintiff,<br><br>v.<br><br>FREESTYLE SOFTWARE, INC., f/k/a DYDACOMP DEVELOPMENT CORP., INC.,<br><br>Defendant. | Case No.: 2:22-CV-06760-SDW-SDA<br><br>**[PROPOSED] ORDER TO GRANT MOTION FOR RECONSIDERATION PURSUANT TO F.R.C.P. 59 and 60**<br><br>*[Filed Concurrently with Motion for Intervention in Action Pursuant to F.R.C.P. 24]* |

MOVANT, Non-Party Subrogee and Intervenor, Beazley Insurance Company, Inc. ("Beazley") prays as follows:

## [PROPOSED] ORDER

On May 30, 2025 Beazley by and through their respective counsel of record filed a Motion for Reconsideration of the May 2, 2025 Final Judgment entered by the Court concurrently with a Motion for Intervention, having considered foregoing the motion for reconsideration and finding good cause therefor, hereby GRANTS Beazley's Motion for Reconsideration and ORDERS as follows:

1. Beazley's Motion for Reconsideration is GRANTED.

2. The May 2, 2025 Final Judgment is hereby VACATED.

**IT IS SO ORDERED.**

DATED:

                                                Honorable Susan D. Wigenton
                                                UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2025, I electronically filed the foregoing **[PROPOSED] ORDER TO GRANT MOTION FOR RECONSIDERATION PURSUANT TO F.R.C.P. 59 and 60** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **ANNA BROOK, ESQ.**<br>**CM LAW PLLC**<br>13101 Preston Road<br>Suite 110-1510<br>Dallas, TX 75240<br>201-873-8739<br>Email: abrook@cm.law | *Attorneys for Plaintiff,*<br>**PENN, LLC d/b/a**<br>**PULSETV.COM** |
| **TORSTEN MICHAEL KRACHT, ESQ.**<br>**HUNTON ANDREWS KURTH LLP**<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>202-419-2149<br>Email: tkracht@HuntonAK.com | *Attorneys for Defendant,*<br>**FREESTYLE SOFTWARE, INC., f/k/a DYDACOMP DEVELOPMENT CORP., INC.** |

*/s/ Teresa Cabanday*
Teresa Cabanday