<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PENN, LLC, d/b/a PULSETV.COM,<br><br>Plaintiff,<br><br>v.<br><br>FREESTYLE SOLUTIONS INC.,<br><br>Defendant. | Civil Action No. 22-6760 (SDW) (SDA)<br><br>**ORDER**<br><br>July 31, 2025 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon non-party Beazley Insurance Company Inc.'s Motion for Reconsideration (D.E. 90), Motion to Intervene (D.E. 95), and both parties' Motions to Strike (D.E. 112; 114), this Court having reviewed the submissions, and for the reasons stated on the record during oral argument conducted on July 31, 2025,

**IT IS**, on this 31st day of July 2025,

**ORDERED** that the Motion for Reconsideration is **DENIED**, the Motion to Intervene is **DENIED AS MOOT**, and the Motions to Strike are **DENIED AS MOOT**. It is further

**ORDERED** that the above-captioned case shall remain closed.

**SO ORDERED**.

                                               */s/ Susan D. Wigenton*
                                             **SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:     Parties
         Stacey D. Adams, U.S.M.J.